✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.                 Kristina  Booth                 Docket No.         2:11CR00148-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant Kristina Booth, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, sitting in the Court at Spokane, Washington, on the 25th day of October 2011, under the following conditions:

**Condition #1**: Defendant shall not commit any offense in violation of Federal, state or local law.  Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant has been charged with possession of clonazepam; possession of morphine; and possession of methamphetamine.

**Violation #2:** The defendant has been charged with a trip permit violation and third degree driving while license suspended.

**Violation #3:** The defendant has been charged with theft.

**Violation #4:** The defendant was arrested for shoplifting.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     02/10/2012

by     s/Erik Carlson

Erik Carlson
U.S. Probation Officer

**PS-8**
**Re:  Booth, Kristina**
**February 10, 2012**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other


S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

2/10/12

Date